IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CV-12-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) ) | |
| Plaintiffs, ) ) | ORDER |
| v. ) ) | |
| WILLIAM L. DICKENS, et al., ) ) | |
| Defendants. ) | |

For good cause being shown upon the United States' Motion to Exempt this Case from Mediation, Eliminate the Requirement to Select a Mediator within 21 Days, and For a Modified Scheduling Order Reflecting Same,

IT IS HEREBY ORDERED that the United States' motion is GRANTED. This case is exempted from mediation, and the requirement to select a mediator within 21 days of the Court's Scheduling Order is eliminated. Except as set forth in this Order, the Court's Case Management Order of July 10, 2017, (D.E. 14), remains in effect.

Dated: August 1, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge